No. 330, Misc. JACKSON ET UX. v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Samuel Carter McMorris* for petitioners.

No. 333, Misc. STURDIVANT v. NEW JERSEY. C. A. 3d Cir. Certiorari denied. *Gregory J. Castano* for petitioner.

No. 335, Misc. KENT v. TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied.

No. 337, Misc. POWERS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 338, Misc. CARTER v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 343, Misc. MILLER v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 348, Misc. FERGUSON ET AL. v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 349, Misc. GRAHAM v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 353, Misc. BURGE v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 354, Misc. WALKER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 355, Misc. SOSTRE v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.